# EXHIBIT B

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| LEONARD C. GUTMAN, | : No. 2002-C-2334 |
| Plaintiff, | : |
| vs. | : |
| BALDWIN CORPORATION and MASCO CORPORATION, | : |
| Defendants. | : |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   ANDREA E. NAUGLE, CLERK OF COURTS
      COURT OF COMMON PLEAS OF LEHIGH COUNTY

PLEASE TAKE NOTICE that Baldwin Corporation and Masco Corporation ("Defendants"), the Defendants in the above-captioned matter, by and through their undersigned counsel, have this date filed a NOTICE OF REMOVAL, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania.

Dated: October 18, 2002

Respectfully submitted,

JACKSON LEWIS LLP

A. Patricia Diulus-Myers
Pa. I.D. No. 33337
diulusmp@jacksonlewis.com

One PPG Place, 28th Floor
Pittsburgh, PA  15222
(412) 232-0404
(412) 232-3441 *facsimile*

*Counsel for Defendants:*
*Baldwin Corporation and Masco*
*Corporation*

**JACKSON LEWIS LLP**
ONE PPG PLACE, 28TH FLOOR
PITTSBURGH, PA 15222

NATIONAL CITY BANK
OF PENNSYLVANIA
8-12/430

3100

10/18/2002

PAY TO THE ORDER OF   Court Of Common Pleas - Lehigh County        $ **15.00

Fifteen and 00/100****************************************************************************************** DOLLARS

455 West hamilton Street
Allentown, PA 18101-1614

MEMO   59209 - Baldwin/Gutman

⑆003100⑆ ⑈043000122⑈ 0375704205⑆

---

**JACKSON LEWIS LLP**                                                              3100
   Court Of Common Pleas - Lehigh County                 10/18/2002
   6455 Filing Fee                                                                 15.00

Pgh Impress          59209 - Baldwin/Gutman                                        15.00

**JACKSON LEWIS LLP**                                                              3100
   Court Of Common Pleas - Lehigh County                 10/18/2002
   6455 Filing Fee                                                                 15.00

Pgh Impress          59209 - Baldwin/Gutman                                        15.00

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Filing of Notice of Removal* was served this 18th day of October, 2002 via First Class United States Mail, postage pre-paid on the following:

>Donald P. Russo, Esquire
>117 East Broad Street
>P.O. Box 1890
>Bethlehem, PA  18016-1890